IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

      v.      Criminal No. 07-50039-001

JOAQUIN GALVEZ-OROZCO                                                 DEFENDANT

O R D E R

Now on this 1st day of August, 2007, comes on for consideration the government's **Motion To Dismiss Indictment Without Prejudice** (document #33), and the Court, being well and sufficiently advised, finds that said motion should be, and same hereby is, **granted**, and the Indictment in this matter is hereby **dismissed without prejudice**.

IT IS SO ORDERED.

                                          /s/ Jimm Larry Hendren
                                        JIMM LARRY HENDREN
                                        UNITED STATES DISTRICT JUDGE